**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 27, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00056-CV

### IN RE LEONARD A. COLEMAN, JR., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-28543**

---

### MEMORANDUM OPINION

On January 20, 2015, relator, Leonard A. Coleman, Jr., filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable John Schmude, presiding judge of the 247th District Court of Harris County, to set aside as void the October 7, 2014 order granting temporary orders signed by the associate judge.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Donovan.